# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>     vs.<br><br>MARGARITA RODRIGUEZ,<br><br>                 Defendant. | CASE NO. 16-cr-02619-BEN<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Cocaine (Felony)(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/20/17

*Barbara L. Major* (signature)

Barbara L. Major
U.S. Magistrate Judge